IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CR425 |
| vs. | ) | |
| | ) | ORDER |
| BRADEN A. PALENSKY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Extend Time in Which to File Pretrial Motions [19] for the reason that defendant has retained substitute counsel. The defendant has been represented by counsel since the time of this arraignment on November 25, 2009. Moving counsel, who is the third counsel of record, entered his appearance on December 14, 2009 knowing of the December 15, 2009 deadline for filing pretrial motions. Under the circumstances, the defendant has not shown good cause for an extension of the pretrial motion deadline.

   **IT IS ORDERED:**


   1.   The defendant's Motion to Extend Time in Which to File Pretrial Motions [19] is denied.


   2.   A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.
.
   **DATED December 15, 2009.**

                              BY THE COURT:

                              s/ F.A. Gossett
                              **United States Magistrate Judge**