IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:09CR425 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| BRADEN A. PALENSKY, | ) ) | |
| Defendant. | ) ) | |

Before the court is defendant's unopposed oral Motion to Extend Self Surrender Date. After consideration, the court grants an extension of time **until on or before April 5, 2011,** in which to self-surrender to the Bureau of Prisons.

SO ORDERED.

Dated this 1st day of March, 2011.

BY THE COURT:

s/Joseph F. Bataillon
Chief District Judge